1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| OBESITY RESEARCH INSTITUTE, LLC, a California limited liability company, | CASE NO. 15cv595-BAS-MDD |
|---|---|
| Plaintiff, | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| FIBER RESEARCH INTERNATIONAL, LLC, a Nevada limited liability company, et al., | |
| Defendants. | |

On May 13, 2105, the Court convened an Early Neutral Evaluation Conference in the above entitled action.  Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed.  R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *June 8, 2015*;

2. A discovery plan shall be lodged with Magistrate Judge Dembin on or before *June 18, 2015.*  Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description

    of the subject matter of his/her testimony.  The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery;  and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *June 22, 2015*;

4. Counsel only are ordered to participate in a telephonic Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b) on ***June 25, 2015, 9:15 a.m.***  Counsel are ordered to use the dial-in information filed as a separate notice to access the Court's teleconference service.

IT IS SO ORDERED.

DATED:  May 15, 2015

              Hon. Mitchell D. Dembin
              U.S. Magistrate Judge