RICHARD P. SYBERT (SBN: 080731)
rsybert@gordonrees.com
SEAN D. FLAHERTY (SBN: 272598)
sflaherty@gordonrees.com
AMANDA R. ABELN (SBN: 290309)
abeln@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Plaintiff
OBESITY RESEARCH INSTITUTE, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBESITY RESEARCH INSTITUTE, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FIBER RESEARCH INTERNATIONAL, LLC, a Nevada limited liability company, and DOES 1-10, inclusive,<br><br>　　　　Defendants,<br><br>FIBER RESEARCH INTERNATIONAL, LLC,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>OBESITY RESEARCH INSTITUTE, LLC,<br><br>　　　　Counter-defendant. | CASE NO. 3:15-cv-00595-BAS-MDD<br><br>**JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br><br>[Memorandum of Points and Authorities, Separate Statement, and Declaration of Richard P. Sybert filed concurrently herewith]<br><br>Date:　TBA<br>Time:　TBA<br>Ctrm:　1E<br>Judge:　Hon. Mitchell D. Dembin |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time to be scheduled by the

Court, in Courtroom 1E of the above-entitled Court, located at 333 West

-1-
JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE　　CASE NO. 3:15-cv-00595-BAS-MDD

1  Broadway, San Diego, CA 92101, the parties submit this Joint Motion for
2  Determination of Discovery Dispute.
3      This Joint Motion is based upon this Notice, upon the Memorandum of
4  Points and Authorities, the Separate Statement, the Declaration of Richard P.
5  Sybert and upon the records and files of this action, and upon such additional
6  argument and evidence as the Court may consider at the hearing of this Motion.
7  Dated:                              GORDON & REES LLP

By:  s/ Richard P. Sybert
     Richard P. Sybert
     Sean D. Flaherty
     Amanda R. Abeln
     Attorneys for Plaintiff
     OBESITY RESEARCH INSTITUTE, LLC

Dated:                              THE LAW OFFICE OF JACK FITZGERALD, PC

By:  s/ Jack Fitzgerald
     Jack Fitzgerald
     Attorneys for Defendant and
     Counterclaimant FIBER RESEARCH INTERNATIONAL, LLC

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jack Fitzgerald, counsel for Defendant, and that I have obtained Mr. Fitzgerald's authorization to affix his electronic signature to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on October 5, 2015 in San Diego, California.

s/ Richard P. Sybert
_____
Richard P. Sybert

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, a copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which will send an electronic copy of this filing to all counsel of record.

s/ Richard P. Sybert
_____
Richard P. Sybert