

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Obesity Research Institute, LLC

**Plaintiff,**

V.

Fiber Research International, LLC

**Defendant.**

FILED
2015-11-10
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           D. Gilbert , Deputy

**Civil No.**  15cv0595-BAS-MDD

**STRICKEN DOCUMENT:**

Motion to Strike

**Per Order #     74**

73