**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (275423)
*melanie@jackfitzgeraldlaw.com*
TRAN NGUYEN (301593)
*tran@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840

**PRICE PARKINSON & KERR LLP**
JASON KERR (*pro hac vice*)
*jasonkerr@ppktrial.com*
CHRISTOPHER SULLIVAN (*pro hac vice*)
*sullivan@ppktrial.com*
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Phone: (801) 530-2900

*Counsel for Defendant and Counterclaim-Plaintiff Fiber Research International, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OBESITY RESEARCH INSTITUTE, LLC,<br><br>Plaintiff & Counterclaim-Defendant,<br><br>v.<br><br>FIBER RESEARCH INTERNATIONAL, LLC,<br><br>Defendant & Counterclaim-Plaintiff. | Case No. 15-cv-595-BAS-MDD<br><br>**APPLICATION TO FILE UNDER SEAL THE EXHIBITS TO THE DECLARATION OF MELANIE PERSINGER IN SUPPORT OF FIBER RESEARCH'S MOTION TO RETAIN CONFIDENTIALITY**<br><br>Judge: Hon. Mitchell D. Dembin<br>Courtroom: 1E |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, in accordance with Local Rule 79.2, defendant and counter-claimant Fiber Research International, LLC hereby applies for an order allowing it to file under seal Exhibits 1-8 to the Declaration of Melanie Persinger in Support of Fiber Research's Motion to Maintain Confidentiality (Dkt. No. 77-2).

## INTRODUCTION

On October 23, 2015, the Court entered a Protective Order in this action. (Dkt. No. 67.) The Protective Order permits parties to designate as "Confidential" "information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c)" (*id.* ¶ 2.2), including "trade secret or other confidential research, development, or commercial information," Fed. R. Civ. P. 26(c). The Protective Order further permits the parties to designate as "highly confidential – attorneys' eyes only" "extremely sensitive 'Confidential Information or Items,' disclosure of which to another Party or Non-Party would create a substantial risk of serious harm that could not be avoided by less restrictive means." (*Id.* ¶ 2.8.) Under the Protective Order, the parties have agreed to apply to file such confidential information under seal. (*See id.* ¶¶ 12.3-12.4.) Because the Declaration of Melanie Persinger in Support of Fiber Research's Motion to Retain Confidentiality attaches documents designated by Fiber Research as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," Fiber Research applies to file these documents under seal.

## ARGUMENT

"[T]he Supreme Court recognize[s] a federal common law right 'to inspect and copy public records and documents.' This right extends to pretrial documents filed in civil cases . . . ." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1134 (9th Cir. 2003) (quoting *Nixon v. Warner Commc'ns.*, 435 U.S. 589, 597 (1978)). Although there is a "presumption in favor of access to court records," *id.* at 1135 (citation omitted), that presumption "does not extend to 'sealed discovery document[s] attached to . . . non-dispositive motion[s].'" *In re*

1

*Obesity Research Inst., LLC v. Fiber Research Int'l, LLC*, No. 15-cv-595-BAS-MDD
FIBER RESEARCH'S APPLICATION TO FILE UNDER SEAL

*Nat'l Sec. Agency Telecommunications Records Litig.*, 2007 WL 549854, at *2 (N.D. Cal. Feb. 20, 2007) (citing *Kamakana v. City & County of Honolulu*, 447 F3d 1172, 1179 (9th Cir. 2006). Moreover, even when the public access presumption does apply, the presumption is rebutted when those documents are "among those which have 'traditionally been kept secret for important policy reasons,'" *Kamakana*, 447 F3d at 1134 (quoting *Times Mirror Co. v. United States*, 873 F.2d 1210, 1219 (9th Cir. 1989)).

Here, Fiber Research has designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY," documents which contain "extremely sensitive 'Confidential Information or Items,'" including "trade secret or other confidential research, development, or commercial information," (*See* Protective Order ¶¶ 2.2, 2.8; Fed. R. Civ. P. 26(c)). These documents must be attached to Fiber Research's Motion to Retain Confidentiality, which is not a dispositive motion, so that the Court may review them and assess their designations in ruling on the motion. Moreover, "[u]nless the Designating Party has waived the confidentiality designation by failing to file a motion to retain confidentiality . . . all parties shall continue to afford the material in question the level of protection to which it is entitled under the Producing Party's designation until the court rules on the challenge." (Protective Order ¶ 6.3.) Accordingly, because Fiber Research has not waived its confidentiality designations, and is attaching the confidential documents to a non-dispositive motion, the Court should grant its application to file these documents under seal.

## CONCLUSION

For the foregoing reasons, the Court should grant Fiber Research's application to file under seal Exhibits 1-8 to the Declaration of Melanie Persinger in Support of Fiber Research's Motion to Retain Confidentiality.

Dated: December 15, 2015         Respectfully submitted,

/s/ Jack Fitzgerald

**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD

2

*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER
*melanie@jackfitzgeraldlaw.com*
TRAN NGUYEN
*tran@jackfitzgeraldlaw.coM*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**PRICE PARKINSON & KERR LLP**
JASON KERR
*jasonkerr@ppktrial.com*
CHRISTOPHER SULLIVAN
*sullivan@ppktrial.com*
5742 West Harold Gatty Drive
Salt Lake City, Utah 84116
Phone: (801) 530-2900

*Counsel for Defendant and Counterclaim-Plaintiff Fiber Research International, LLC*

*Obesity Research Inst., LLC v. Fiber Research Int'l, LLC*, No. 15-cv-595-BAS-MDD
FIBER RESEARCH'S APPLICATION TO FILE UNDER SEAL