1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| OBESITY RESEARCH INSTITUTE, LLC, | Case No.: 15cv595-BAS-MDD |
|---|---|
| Plaintiff, | **ORDER FOR BRIEFING SCHEDULE RE: DEFENDANT FIBER RESEARCH'S MOTION TO COMPEL ADVANCED BOTANICAL CONSULTING & TESTING, INC.'S COMPLIANCE WITH SUPOENA DUCES TECUM** |
| v. | |
| FIBER RESEARCH INTERNATIONAL, LLC, | |
| Defendant. | |
| | **[ECF NO. 113]** |

On February 19, 2016, Defendant Fiber Research filed a motion to compel compliance with a subpoena duces tecum for Advanced Botanical Consulting & Testing Inc., (ABC).  (ECF No. 113).   Accordingly, **IT IS HEREBY ORDERED**:

  1. On or before **March 4, 2016**, ABC may file a response/opposition.
  2. On or before **March 9, 2016**, Defendant Fiber Research may file a reply.
  3. Once the motion is fully briefed, the Court will determine if the

1 | motion is appropriate for resolution without oral argument pursuant
2 | to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Date:   February 26, 2016

Hon. Mitchell D. Dembin
United States Magistrate Judge