

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Obesity Research Institute, LLC

                          **Plaintiff,**

            V.

Fiber Research International, LLC; and Does 1-10

                          **Defendant.**

FILED 3/15/2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: jah, Deputy

**Civil No.**  15cv595-BAS(MDD)

## STRICKEN DOCUMENT:
Answer to First Amended Counterclaim

### Per Order #  160