EXHIBIT 1

February 12, 2016

**VIA E-MAIL ONLY**

Mr. Richard Sybert
Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101

**Re:    Obesity Research Institute v. Fiber Research International**
**         Invoice #806642-1**

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/7/15 | Beaton, Neil | Review file documents. | 0.75 |
| 10/13/15 | Beaton, Neil | Review and revise expert report. | 1.50 |
| 1/28/16 | Beaton, Neil | Discussion with client and counsel. | 1.00 |
| 10/7/15 | Voth, Drew | Assess documents. | 1.00 |
| 10/9/15 | Voth, Drew | Assess documents. | 1.00 |
| 10/9/15 | Voth, Drew | Report preparation assistance. | 1.00 |
| 10/9/15 | Voth, Drew | Call with counsel. | 0.25 |
| 10/12/15 | Voth, Drew | Report preparation assistance. | 1.00 |
| 10/13/15 | Voth, Drew | Report preparation assistance. | 1.00 |
| 10/15/15 | Voth, Drew | Report preparation assistance. | 0.50 |
| 10/16/15 | Voth, Drew | Report preparation assistance. | 0.50 |
| 1/5/16 | Voth, Drew | Assess documents. | 1.00 |
| 1/11/16 | Voth, Drew | Assess documents. | 1.00 |
| 1/21/16 | Voth, Drew | Call with counsel and supplemental report preparation assistance. | 1.50 |
| 1/26/16 | Voth, Drew | Damages analysis. | 0.50 |
| 1/28/16 | Voth, Drew | Calls with counsel for documents. | 1.00 |
| 1/29/16 | Voth, Drew | Damages analysis. | 1.00 |
| 2/6/16 | Voth, Drew | Review documents. | 2.00 |
| 10/15/15 | Connolly, Charlotte | Proof/edit expert report. | 0.75 |



If paying by check, please make payable to ***Alvarez & Marsal Valuation Services, LLC.***

**Mailing Instructions:**
Alvarez & Marsal Valuation Services, LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

**Wire Instructions:**
Bank: J.P. Morgan Chase
ABA #:
Account Name: Alvarez & Marsal Valuation Services, LLC
Account #:                6
EIN:
Reference: Invoice #806642-1





Alvarez & Marsal Valuation Services, LLC
1201 Third Avenue, Suite 800
Seattle, WA 98101
Phone: +1 206 664 9000
Fax: +1 206 664 8901

March 21, 2016

**VIA E-MAIL ONLY**

Mr. Richard Sybert
Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA  92101

**Re:** **Obesity Research Institute v. Fiber Research International**
**Invoice #806642-2**

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/29/16 | Beaton, Neil | Draft supplemental expert report and supporting schedules | 3.75 |
| 3/4/16 | Beaton, Neil | Review and revise expert report | 1.00 |
| 3/6/16 | Beaton, Neil | Review and revised damages letter and supporting schedules | 1.00 |
| 2/8/16 | Voth, Drew | Analysis of new documents. | 3.00 |
| 2/9/16 | Voth, Drew | Analysis of new documents. | 1.00 |
| 2/9/16 | Voth, Drew | Damages analysis. | 5.00 |
| 2/10/16 | Voth, Drew | Damages analysis. | 5.50 |
| 2/11/16 | Voth, Drew | Damages analysis. | 2.00 |
| 2/12/16 | Voth, Drew | Report preparation assistance. | 2.00 |
| 2/16/16 | Voth, Drew | Report preparation assistance. | 2.00 |
| 2/18/16 | Voth, Drew | Report preparation assistance. | 0.50 |
| 2/19/16 | Voth, Drew | Damages analysis. | 1.00 |
| 2/22/16 | Voth, Drew | Damages analysis. | 1.00 |
| 2/22/16 | Voth, Drew | Report preparation assistance. | 2.00 |
| 2/25/16 | Voth, Drew | Damages analysis. | 1.00 |
| 2/26/16 | Voth, Drew | Report preparation assistance. | 4.00 |
| 2/29/16 | Voth, Drew | Assess new documents. | 0.50 |
| 2/29/16 | Voth, Drew | Report preparation assistance. | 1.00 |
| 3/4/16 | Voth, Drew | Report preparation assistance. | 2.00 |
| 3/7/16 | Voth, Drew | Report preparation assistance. | 5.00 |
| 3/10/16 | Voth, Drew | Document production. | 1.00 |
| 3/15/16 | Voth, Drew | Review motion to strike report. | 1.00 |
| 2/11/16 | Thomas, Benjamin | Analysis and report review | 2.75 |
| 3/4/16 | Thomas, Benjamin | Analysis and report review | 3.00 |
| 3/7/16 | Connolly, Charlotte | Proof/edit supplemental expert report. | 1.75 |



If paying by check, please make payable to ***Alvarez & Marsal Valuation Services, LLC.***

**Mailing Instructions:**
Alvarez & Marsal Valuation Services, LLC
Attn: Liz Carrington
600 Madison Avenue
8th Floor
New York, NY 10022

**Wire Instructions:**
Bank: J.P. Morgan Chase
ABA #:
Account Name: Alvarez & Marsal Valuation Services, LLC
Account #:
EIN:
Reference: Invoice #806642-2

