# Exhibit 1

Exhibit 1
Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

OBESITY RESEARCH §
INSTITUTE, LLC, a §
California limited §
liability company, §
 §
      Plaintiff, §
 §
vs. §
 §
 §
 §
FIBER RESEARCH § Case Number
INTERNATIONAL, LLC, a § 3:15-cv-00595-BAS-MDD
Nevada limited liability §
company and DOES 1-10, §
inclusive, §
 §
      Defendants. §
 §
 §
_____ §
FIBER RESEARCH §
INTERNATIONAL, LLC, §
 §
      Counter-claimant, §
 §
vs. §
 §
 §
Obesity Research §
INSTITUTE, LLC, §
 §
      Counter-defendant. §
---------------------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF

GILBERT R. KAATS, Ph.D.

FEBRUARY 19, 2016

----------------------------------------------------

1    ORAL AND VIDEOTAPED DEPOSITION OF GILBERT R.
2  KAATS, PhD, produced as a witness at the instance of
3  the PLAINTIFF, and duly sworn, was taken in the
4  above-styled and numbered cause on
5  FEBRUARY 19, 2016, from 10:28 a.m. to 7:17 p.m.,
6  before Melody Reneé Campbell, CSR in and for the
7  State of Texas, reported by method of machine
8  shorthand, at the Law Offices of Gordon & Rees,
9  816 Congress Avenue, Suite 1510, Austin, Texas,
10 pursuant to Notice and Subpoena and the Federal
11 Rules of Civil Procedure.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                  A P P E A R A N C E S

 2   FOR THE PLAINTIFF:
            Mr. Sean D. Flaherty, Esq.
 3          Gordon Rees Scully Mansukhani, L.L.P.
            101 West Broadway, Suite 2000
 4          San Diego, California  92101
            619.696.6700
 5          619.696.7124 (Fax)
            SFlaherty@gordonrees.com
 6


 7
     FOR THE DEFENDANTS:
 8          Mr. Jack Fitzgerald, Esq.
            The Law Office of Jack Fitzgerald
 9          3636 Fourth Avenue, Suite 202
            San Diego, California  902103
10          619.692.3840
            619.362.9555 (Fax)
11          Jack@jackfitzgeraldlaw.com

12


13   ALSO PRESENT:
            Mr. Tom Krause (Videographer)
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                       I N D E X
                                                      PAGE
 2   EXAMINATION
         By Mr. Flaherty..............................   7
 3       By Mr. Fitzgerald............................ 283
     FURTHER EXAMINATION
 4       By Mr. Flaherty.............................. 385

 5   CHANGES AND SIGNATURE............................401
     REPORTER'S CERTIFICATE...........................402
 6

 7


 8                     E X H I B I T S
     NO.    DESCRIPTION                                  PAGE
 9
     EX 1   Subpoena                                      22
10
     EX 2   Notice                                        24
11
     EX 3   A Randomized Double-Blinded                   83
12          Placebo-Controlled Study of Overweight
            Adults Comparing the Safety and Efficacy
13          of a Highly Viscous Glucomannan Dietary
            Supplement (Propol)
14
     EX 4   Effect of Glucomannan on Obese Patients:     221
15          A Clinical Study, by David Walsh

16   EX 5   "A Randomized Double-Blinded                 230
            Placebo-Controlled Study of Evaluating the
17          Effects of Propol Soluble Fiber/Calcium
            Supplement on Body Composition, blood
18          Chemistries and Self-Reported Quality of
            Life."
19
     EX 6   Health and Medical Research Center           234
20          Technical Report of the Propol Dietary
            Supplement
21
     EX 7   08/03/04 Health and Medical Research         237
22          Foundation Invoice and Payment

23   EX 8   08/30/04 Health and Medical Research         239
            Foundation Statement and Invoices
24
     EX 9   05/03/04 Health and Medical Foundation       240
25          Invoice
```

```
                E X H I B I T S - Cont'd
 NO.    DESCRIPTION                                      PAGE

 EX 10  10/15/04 Natural Alternatives                    240
        International Check Requisition Form and
        Invoice

 EX 11  10/18/04 Natural Alternatives                    242
        International Check Requisition Form and
        Invoices

 EX 12  02/11/05 Letter from Kaats to Wise re:           244
        Re-Analysis of Quality of Life Questions

 EX 13  konjac glucomannan Dietary Supplementation       245
        Causes Significant Fat Loss in Compliant
        Overweight Adults

 EX 14  konjac glucomannan Dietary Supplementation       247
        Causes Significant Fat Loss in Compliant
        Overweight Adults

 EX 15  Health and Medical Research Foundation           248
        Invoices and Check

 EX 16  12/03/03 Health and Medical Research             250
        Foundation Invoice and Check

 EX 17  12/03/03 Health and Medical Research             251
        Foundation Invoice and Checks

 EX 18  12/22/03 Health and Medical Research             252
        Foundation Invoice and Check

 EX 19  05/20/04 Health and Medical Research             252
        Foundation Invoice

 EX 20  05/21/04 Health and Medical Research             252
        Foundation Invoices and Check

 EX 21  05/24/04 Health and Medical Research             254
        Foundation Invoice and Check

 EX 22  07/29/04 E-Mail from Kaats to Wise re:           255
        Additions to Propol Technical Report

 EX 23  09/30/04 E-Mail from Kaats to Wise re:           259
        Calcium in Propol
```

```
 1                E X H I B I T S - Cont'd

 2    NO.   DESCRIPTION                                    PAGE

 3    EX 24 "A Randomized Double-Blinded                    261
            Placebo-Controlled Study of Overweight
 4          Adults Comparing the Safety and Efficacy
            of Glucomannan (Propol) Dietary Supplement
 5
      EX 25 12/10/04 E-Mail from Kaats to Wise re:          262
 6          Draft Report of Follow-up Study

 7    EX 26 12/10/04 Follow-up Study of Compliance to       263
            Treatment in Subjects Taking Propol for
 8          the Treatment of Obesity (Draft)

 9    EX 27 A Follow-up Study of Compliance to              265
            Treatment in Subjects Taking Propol for
10          the Treatment of Obesity

11    EX 28 Konjac Glucomannan Dietary Supplementation      269
            Causes Significant Fat Loss in Compliant
12          Overweight Adults Query Sheet

13    EX 29 10/01/03 E-Mail from Petersen to Kaats re:      302
            Ingredient List
14
      EX 30 Sample A, B and C (Bates KAATS0781)             309
15
      EX 31 Timeline                                        314
16
      EX 32 06/21/05 Letter from Kaats to den Vijt and      332
17          Corlett

18    EX 33 07/22/05 Letter from Corlett to Kaats           338

19    EX 34 05/08/06 Letter from Kaats to the FTC           346

20    EX 35 E-Mail String Ending 11/19/15 from Kaats        359
            to Michael S, Reed, Preuss, Bagchi re:
21          Glucomannan - Permission to Publish Study

22    EX 36 Initial Thoughts                                391

23

24                          *-*-*-*-*

25
```

1    THE VIDEOGRAPHER: The time is
2  10:25 a.m. on February 19th, 2016. This is DVD
3  Number 1 of the video deposition Dr. Gilbert Kaats.
4  Will the court reporter please swear in the witness.
5                GILBERT KAATS,
6  having been first duly sworn, testified as follows:
7                 EXAMINATION
8  BY MR. FLAHERTY:
9       Q.   Good morning, Dr. Kaats.  My name is Sean
10 Flaherty.  I am of the law firm Gordon & Reese and I
11 represent Obesity Research Institute in this matter.
12      A.   Uh-huh.
13           MR. FITZGERALD:  And for the record,
14 let me say, Jack Fitzgerald on behalf of Dr. Gilbert
15 Kaats and Fiber Research.
16      Q.   (BY MR. FLAHERTY)  Dr. Kaats, for the
17 record, could you spell your first and last name.
18      A.   First name is Gilbert, G-i-l-b-e-r-t.
19 Last name is Kaats, K-a-a-t-s.
20      Q.   Dr. Kaats, have you had your deposition
21 taken before?
22      A.   A definition or --
23      Q.   Have you had your deposition taken before?
24      A.   No.
25      Q.   No.  And that brings up a good point.  We

```
 1      Q.   Okay.
 2               MR. FLAHERTY:  About when did we
 3   start?  I was thinking about taking a break but --
 4               THE VIDEOGRAPHER:  The time is
 5   2:57 p.m.  We're going off the record.
 6               (Recess.)
 7               THE VIDEOGRAPHER:  The time is
 8   3:21 p.m.  We're back on the record.
 9               MR. FITZGERALD:  Are you still
10   questioning on Exhibit 3?
11               MR. FLAHERTY:  In just a moment,
12   yeah.  I have one more question about that and then
13   we'll move on from it.
14      Q.   (BY MR. FLAHERTY)  Dr. Kaats, do you have
15   a preference how this case concludes?
16      A.   Do I have a preference as to how this case
17   concludes.  Yeah, sure.  If -- number one, my
18   preference is that however it concludes, I want to
19   publish that document now, because I'm in an awkward
20   position of trying to explain it right now.
21               I have no professional investment in
22   the document, per se.  It's the answers.  And I want
23   you to -- in you could give me the answers, how do I
24   answer these questions over here?  How do I explain
25   to people, why would they stop the publication, what
```

```
 1   answer would you give me?  Can ORI tell me that?
 2   What do I say to that?
 3        Q.   I hope you get answers to your questions.
 4   I can't give you answers in this deposition.
 5             But to the extent that that is your
 6   answer to my request as to whether you have a
 7   preference on how this case concludes, I recognize
 8   you'd like to see the study published.  That's your
 9   testimony.  Correct?
10        A.   That's right.  And I'd like to see it
11   published so it can stop what I consider to be a
12   significant concern about my profession, as well as
13   Dr. Preuss, too, and Dr. Bagchi.
14        Q.   Do you have a preference as to whether or
15   not ORI or -- well, when I say ORI, I mean Obesity
16   Research Institute, or FRI, meaning Fiber Research
17   International, win or lose?
18        A.   Yeah.  Let me speak in PhD terms.  I'm
19   pissed that you jacked me around on this thing over
20   here, yeah.
21             I'd like to somehow, Mr. ORI, have
22   you pay for that, because I think you've damaged
23   your industry, as well as you damaged our people.
24   And I -- somehow pay for that, even though it
25   doesn't cost me anything.
```

Gilberto R. Kaats, Ph.D.
February 19, 2016

200

```
 1              And I'm annoyed with all of the
 2   professional time I've had to dedicate to this thing
 3   that I've never paid -- paid a dime for.  So that's
 4   not going to be redressed to me no matter who wins
 5   or who loses.
 6              But I'd like a public statement made.
 7   You can't go out and recklessly make statements
 8   about research and put researchers on the damn spot,
 9   and you can't go to journals and threaten to sue
10   journals with what I consider to be, you know,
11   inadequate information.
12              So those kinds of things get me to
13   the point to say, you guys ought to pay something
14   for that.  Yeah, you ought to pay something for
15   that.
16      Q.   So regardless of who wins, as long as ORI
17   loses, you're good with it?
18              MR. FITZGERALD:  Objection; vague.
19      A.   If the judge comes out and says, Kaats,
20   you're wrong, blah, blah, blah, and I've got a good
21   explanation for this thing, well, okay, I got it.
22   I'll take the Court's decision on that if that's
23   where it ultimately goes, sure.  And I'll bury it
24   and I'll live with it.
25      Q.   (BY MR. FLAHERTY)  Okay.  Tell me about
```