United States District Court

for the Southern District of California

```
                                    )
OBESITY RESEARCH INSTITUTE, LLC,    )
                                    )   No. 15-CV-595-BAS
     Plaintiff,                     )
                                    )   April 18, 2016
         v.                         )
                                    )
FIBER RESEARCH INTERNATIONAL,       )   San Diego, California
LLC,                                )
                                    )
     Defendant.                     )
```

Transcript of Motion Hearing
BEFORE THE HONORABLE CYNTHIA BASHANT
United States District Judge

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | GORDON & REES, LLP<br>RICHARD SYBERT<br>SEAN FLAHERTY<br>AMANDA ABELN<br>101 West Broadway, Suite 2000<br>San Diego, CA 92101 |
| For the Defendant: | THE LAW OFFICE OF JACK FITZGERALD, PC<br>JACK FITZGERALD<br>TREVOR FLYNN<br>3636 Fourth Avenue, Suite 202<br>San Diego, CA 92103 |
| | PRICE PARKINSON & KERR PLLC<br>RONALD F. PRICE<br>5742 W. Harold Gatty Dr.<br>Salt Lake City, UT 84116 |
| Reporter: | Dana Peabody, RDR, CRR<br>District Court Clerk's Office<br>333 West Broadway, Suite 420<br>San Diego, California, 92101 |

```
                San Diego, California, April 18, 2016
                              *   *   *
                THE CLERK:  Calling matter number 10, 15-CV-0595,
Obesity Research Institute, LLC, versus Fiber Research
International, LLC, et al., on calendar for a motion hearing.
                THE COURT:  Good afternoon.  Counsel, state your
appearances for the record, please.
                MR. SYBERT:  Good afternoon, Your Honor.  Richard
Sybert, Sean Flaherty and Amanda Abeln from Gordon & Rees for
the plaintiff and counter-defendant Obesity Research.
                THE COURT:  Good afternoon.
                MR. FITZGERALD:  Good afternoon, Your Honor.  Jack
Fitzgerald for Fiber Research.
                MR. FLYNN:  Good afternoon, Your honor.  Trevor Flynn
for Fiber Research.
                MR. PRICE:  Good afternoon, Your Honor.  Ron Price for
Fiber Research.
                THE COURT:  Good afternoon.
                This is set on the motion to set aside the default
filed by Obesity Research and the motion for the default
judgment filed on behalf of Fiber Research.  I know there's a
lot of motions swirling around out there, but I thought you
needed an immediate decision on this particular motion, so I'm
only ruling on those motions at this point in time.
                I can tell you I'm really disappointed in the quality
```

of lawyering in this case. I set this for oral argument because I -- even though both sides seem to not mind wasting their clients' money on motions and responses, I didn't, frankly, want to waste my time in ruling on them.

When I hear lawyers bemoan the lack of civility in the profession and talk about how it doesn't benefit clients in the long run, they're talking about you. And I can tell you when I read motions like the motions that were filed in this particular case, I hear Charlie Brown's parents talking, "Wah wah wah wah wah." That's exactly what I read.

As a preliminary matter, Obesity's motion to seal a document that's been on the public docket for almost a year -- that's electronic record number 156 -- is denied. Obesity fails to show either a compelling reason or good cause for the late motion to seal.

Fiber's motion to seal specific Exhibits 183, 162, and 168 and Obesity's motion to seal Exhibit 6, 195 are granted.

The exhibits lodged at electronic records 184, 163, 169, and 196 may all be filed under seal.

The motion to set aside the default is granted -- that's electronic record number 166 -- despite the fact, Counsel for Obesity, that you rely heavily on *TCI Group Life Insurance Plan Versus Knoebber* without mentioning the fact that that case has been overruled. Perhaps if you'd taken a little bit less time on the attacks and a little bit more time on the

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | Shepardizing, you wouldn't have made that error.                   |
|       | 2  |     The motion for default judgment, which is electronic |
|       | 3  | record number 161, is denied.                                      |
|       | 4  |     Obesity's motion to file a reply brief or conduct oral |
| 02:31 | 5  | argument -- electronic record number 180 -- is denied.  I don't    |
|       | 6  | see any prejudice to the other side in setting aside the           |
|       | 7  | default.  We're talking about less than a week's delay, and it     |
|       | 8  | appears to me that the failure to file a timely answer was         |
|       | 9  | inadvertent.                                                       |
| 02:32 | 10 |     Just for future guidance, when you file motions in my |
|       | 11 | courtroom, what I want to know is what relief are you seeking,     |
|       | 12 | what legal authority are you relying on, and why do you think      |
|       | 13 | the legal authority entitles you to the relief you are seeking.    |
|       | 14 | I don't want to know how aggravating or unreasonable the other     |
| 02:32 | 15 | side is.  Even if they're making allegations against you, take    |
|       | 16 | the high ground, and don't let the other side drag you into the    |
|       | 17 | mud.                                                               |
|       | 18 |     So ordered.  Thank you.                     |
|       | 19 | ---o0o---                                                          |
|       | 20 |                                                                    |
|       | 21 |                                                                    |
|       | 22 |                                                                    |
|       | 23 |                                                                    |
|       | 24 |                                                                    |
|       | 25 |                                                                    |

```
                                                                5

  1                     C-E-R-T-I-F-I-C-A-T-I-O-N

  2

  3          I certify that the foregoing is a correct transcript

  4   from the record of proceedings in the above-entitled matter.

  5

  6          Dated April 26, 2016, at San Diego, California.

  7

  8
                             /s/ Dana Peabody
  9                          _____
                             Dana Peabody,
 10                          Registered Diplomate Reporter
                             Certified Realtime Reporter
 11

 12

 13

 14

 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```