RICHARD P. SYBERT (SBN: 080731)
rsybert@gordonrees.com
SEAN D. FLAHERTY (SBN: 272598)
sflaherty@gordonrees.com
PATRICK J. MULKERN (SBN: 307272)
pmulkern@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Plaintiff
OBESITY RESEARCH INSTITUTE, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBESITY RESEARCH INSTITUTE, LLC, a California limited liability company,<br><br>    Plaintiff.<br><br>vs.<br><br>FIBER RESEARCH INTERNATIONAL, LLC, a Nevada limited liability company, and DOES 1-10, inclusive,<br><br>    Defendants,<br><br>FIBER RESEARCH INTERNATIONAL, LLC,<br><br>    Counterclaimant,<br><br>vs.<br><br>OBESITY RESEARCH INSTITUTE, LLC,<br><br>    Counter-defendant. | CASE NO. 3:15-cv-00595-BAS-MDD<br><br>**OBESITY RESEARCH INSTITUTE'S NOTICE OF OBJECTION AND OBJECTION TO MAGISTRATE JUDGE'S ORDER ON JOINT MOTION TO DETERMINE DISCOVERY DISPUTE RE: MOTION TO STRIKE SUPPLEMENTAL DISCLOSURES**<br><br>*[filed concurrently with Memorandum of Points and Authorities, Declaration of Allison Borts, Declaration of Sean D. Flaherty, , and Index of Exhibits]*<br><br>Complaint Filed: March 16, 2015<br>Courtroom: 4B<br>Judge: Hon. Cynthia Bashant<br><br>Hearing Date: August 1, 2016<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

NOTICE OF OBJECTION & OBJECTION TO MAGISTRATE JUDGE'S MAY 12, 2015 DISCOVERY ORDER

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 1, 2016, in Courtroom 4B of the above-entitled Court, located at 221 W. Broadway, Suite 4145, San Diego, CA 92101, Plaintiff Obesity Research Institute, LLC ("ORI") will and hereby does submit limited objections to an order entered by Magistrate Judge Mitchell Dembin substantially denying defendant FRI's motion to strike witnesses and documents identified in supplemental disclosures, and subsequent reconsideration of the same under Rule 60(b). Dkt. 272 (Apr. 8, 2016) and Dkt. 249 (June 7, 2016) (collectively, "Exclusion Orders").

This Notice of Objection & Objection, together with the associated papers, was initially timely filed on June 21, 2016 at Docket No. 284. It was subsequently stricken, however, for including a Proposed Order as an attachment to the filing, in addition to the Proposed Order having been emailed to Chambers. Dkt. 286. It is for that reason this Notice of Objection & Objection is being re-filed.

Pursuant to the Court's Civil Chamber Rules, there will be no oral argument on the assigned hearing date, unless the parties are otherwise notified by or through the Court.

This motion is made following the conference of counsel that took place on June 14, 2016.

ORI specifically objects to the following ruling and order made on the record in the April 8 Order and refusal to fully reconsider under Rule 60(b) in the June 7 Order:

Ruling 1: Order excluding Brian Salerno, other than as a non-retained expert witness, Ron Ovadia, Steven Snyder, Gayle Bensussen, Certain 30(b)(6) Witnesses, Patience Hannah, Angela Emmerson, Bradley Sutton or Jamie Stein to supple evidence on a motion, at a hearing, or at a trial in this case. (ECF No. 205 at 10:6-10.)

Gordon & Rees LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

ORI's Objection is made on the grounds that the Order's foregoing ruling is contrary to law because ORI timely supplemented, given that 10 of the 11 depositions completed (at that time) were completed in the preceding four weeks prior to ORI's supplemental disclosure, and provided the factual need and context for adding newly obtained evidence to ORI's disclosures.  The Order's ruling as to the excluded witnesses is alternatively clearly erroneous because, although ORI's response to the request was literally compliant with the requirements of Federal Rule of Civil Procedure 26, the Order nonetheless found certain witnesses identified by ORI in its supplemental disclosures as untimely and unjustified. (ECF No. 205 at 6:20-24 (Salerno); 7:15-16 (Ovadia); 7:20-21 (Snyder); 8:5-7 (Bensussen); 8:9-14 (Certain 30(b)(6) Witnesses); 8:15-20 (Hannah, Emmerson, Sutton, and 8:22-26 (Stein).)

ORI's Objection is based on this Notice of Objection and Objection, the attached Memorandum of Points and Authorities, the Declarations of Allison Borts, and Sean D. Flaherty and exhibits thereto, all pleadings and other records on file in this action, and such further evidence and arguments as may be presented at any hearing on the motion.

Dated:  June 24, 2016                               GORDON & REES LLP

                                                    By:  */s/ Richard P. Sybert*
                                                         Richard P. Sybert
                                                         Sean D. Flaherty
                                                         Patrick J. Mulkern
                                                         Attorneys for Plaintiff
                                                         OBESITY RESEARCH
                                                         INSTITUTE, LLC

- 2 -
NOTICE OF OBJECTION & OBJECTION TO MAGISTRATE JUDGE'S MAY 12, 2015 DISCOVERY ORDER

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101. On June 24, 2016, I served the foregoing document entitled: **OBESITY RESEARCH INSTITUTE'S NOTICE OF OBJECTION AND OBJECTION TO MAGISTRATE JUDGE'S ORDER ON JOINT MOTION TO DETERMINE DISCOVERY DISPUTE RE: MOTION TO STRIKE SUPPLEMENTAL DISCLOSURES** by electronic service through the CM/ECF System which automatically generates of Notice of Electronic Filing ("NEF") and is sent by e-mail to all CM/ECF Users who have appeared in the case in this Court. Service with this NEF will constitute service pursuant to Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 24, 2016 at San Diego, California.

_____
Maria Cerezo